# Court of Appeals
# of the State of Georgia

ATLANTA,___May 18, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1641. CARMEN STEPHENS v. CITIMORTGAGE, INC. et al.

Carmen Stephens, represented by Grady Roberts, filed a direct appeal of the trial court's order granting defendants CitiMortgage, Inc.'s and Phaelan Hallman & Jones, LLC's motions for judgment on the pleadings. We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." (Punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989). Here, the trial court's order resolved Stephens's claims against two of the defendants, but the case remained pending as to an additional defendant. Thus, the trial court's order was not a final judgment. To appeal that order, Stephens was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b). See *Johnson*, supra. Because she failed to do so, this appeal is DISMISSED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/18/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] We note that Stephens has filed a direct appeal from a subsequent order of the court dismissing the final defendant in this action and that appeal is properly before this Court. See Case Number A16A1642.